(87 South. 565)

## WHITE v. SOUTHERN COAL & COKE CO. (7 Div. 115.)

(Supreme Court of Alabama. Jan. 27, 1921. Rehearing Denied Feb. 19, 1921.)

Appeal from Circuit Court, Shelby County; E. J. Garrison, Judge.

Action in unlawful detainer by the Southern Coal & Coke Company against Eli White. Judgment for plaintiff, and defendant appeals. Affirmed.

Frank S. White & Sons. of Birmingham, for appellant.

Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Affirmed, on the authority of Wiley Allen v. Southern Coal & Coke Co., ante, p. 363, 87 South. 562.

MILLER, J., not sitting.